IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TORY J. EPPS,

       Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 11-cv-487-bbc

UNITED STATES OF AMERICA,

       Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner Tory J. Epps' motion for post conviction relief under 28 U.S.C. § 2255 is DENIED as untimely.


_/s/ Peter Oppeneer_　　　　　　　　　　　_7/25/2011_
Peter Oppeneer, Clerk of Court　　　　　　　　Date